**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00561-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

LILI M. AVALOS,

    Plaintiff,

v.

PUEBLO COUNTY GOVERNMENT;
VIRGINIA JIMENEZ, in her individual capacity;
LIANE "BUFFIE" McFADYEN, in her individual capacity;
SAL PACE, in his individual capacity;
TERRY HART, in his individual capacity; and
PATSY CRESSWELL, in her individual capacity,

    Defendants.

---

### ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

On March 19, 2015, Plaintiff submitted a Title VII Complaint alleging employment discrimination.  As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the document is deficient as described in this Order.  Plaintiff will be directed to cure the following if he wishes to pursue any claims in this Court in this action.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion**:

(1)   _X_   is not submitted
(2)   ___   is missing affidavit
(3)   ___   copy of prisoner's trust fund statement for the **6-month period immediately preceding** this filing
(4)   ___   trust fund account statement is missing certification by authorized prison official
(5)   ___   is missing required financial information

2

(6) __ is missing authorization to calculate and disburse filing fee payments
(7) __ is missing an original signature by the prisoner
(8) __ is not on proper form
(9) __ names in caption do not match names in caption of complaint, petition or habeas application
(10) _X_ other: <u>Plaintiff may in the alternative pay the $400.00 filing fee in full in advance.</u>

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiff shall pay the $400.00 filing fee in full in advance or, alternatively, obtain the APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS form at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED March 20, 2015, at Denver, Colorado.

BY THE COURT:

s/ Gordon P. Gallagher
United States Magistrate Judge