**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00561-GPG

**LILI M. AVALOS**,

    Plaintiff,

v.

**PUEBLO COUNTY GOVERNMENT;**
**VIRGINIA JIMENEZ**, in her individual capacity;
**LIANE "BUFFIE" McFADYEN**, in her individual capacity;
**SAL PACE,** in his individual capacity;
**TERRY HART**, in his individual capacity; and
**PATSY CRESSWELL**, in her individual capacity,

    Defendants.

---

## ORDER DRAWING CASE

---

After review pursuant to D.C.COLO.LCivR 8.1(a), the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a presiding judge and, if appropriate, to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

**ORDERED** that this case shall be drawn to a presiding judge and, if appropriate, to a magistrate judge.

DATED April 9, 2015, at Denver, Colorado.

                                                    BY THE COURT:

                                                  S/ Gordon P. Gallagher

                                                  _____
                                                  Gordon P. Gallagher
                                                  United States Magistrate Judge